UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HDP SELLERS REPRESENTATIVE, LLC** )<br>  )<br>**Plaintiff** )<br>  )<br>v.  )<br>  )<br>  )<br>  )<br>**OCEANS ACQUISITION, INC.** )<br>  )<br>**Defendant** ) | Miscellaneous Action No:<br><br>(*Middle Dist. of Louisiana, No. 14-491*) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter my appearance as attorney for the Plaintiff in the above-entitled case.

Respectfully submitted,

   /s/ *Brendan St. Amant*
Brendan T. St. Amant (BBO# 672619)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
bts@dcglaw.com

Dated: October 30, 2015

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

Dated: October 30, 2015

/s/ *Brendan T. St. Amant*
Brendan T. St. Amant