UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HDP SELLERS REPRESENTATIVE, LLC** )<br>)<br>    **Plaintiff**    )<br>)<br>**v.**    )<br>)<br>)<br>)<br>**OCEANS ACQUISITION, INC.**    )<br>)<br>    **Defendant**    ) | Miscellaneous Action No:<br><br>(*Middle Dist. of Louisiana, No. 14-491*) |

## STATEMENT OF PLAINTIFF HDP SELLERS REPRESENTATIVE, LLC PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff HDP Sellers Representative, LLC states that it does not have any parent corporation, and further states that there is no publicly-held corporation that owns 10% or more of its outstanding shares.

Dated: October 30, 2015

HDP SELLERS REPRESENTATIVE, LLC

Respectfully submitted,

  /s/ *Brendan T. St. Amant*
George W. Vien (BBO# 547411)
Brendan T. St. Amant (BBO# 672619)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
gwv@dcglaw.com
bts@dcglaw.com

Ryan M. Falgoust (LBN 33823)*
HYMEL DAVIS & PETERSEN, L.L.C.
10602 Coursey Boulevard

Baton Rouge, Louisiana 70816
Telephone: 225-298-8118
Facsimile: 225-298-8119
rfalgoust@hymeldavis.com

*Pro hac admission pending*

**CERTIFICATE OF SERVICE**

Pursuant to L.R. 5.2(b)(2) and 5.4 of the Local Rules of the United State District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ George W. Vien
George W. Vien