UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HDP SELLERS REPRESENTATIVE, LLC** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Miscellaneous Action No: |
| ) | |
| ) | (*Middle Dist. of Louisiana, No. 14-491*) |
| ) | |
| **OCEANS ACQUISITION, INC.** ) | |
| ) | |
| **Defendant** ) | |

## MOTION TO COMPEL COMPLIANCE WITH SUBPOENA
## TO GENERAL CATALYST PARTNERS

Plaintiff HDP Sellers Representative, L.L.C. ("HDP") hereby files this Motion to Compel Compliance with Subpoena to General Catalyst Partners and specifically requests that this Court compel General Catalyst Partners to comply with the subpoena issued upon it for the reasons set forth in the attached Memorandum in Support.

Dated: October 30, 2015

                                              HDP SELLERS REPRESENTATIVE, LLC

                                              Respectfully submitted,

                                                /s/ *Brendan St. Amant*

                                              George W. Vien (BBO# 547411)
                                              Brendan T. St. Amant (BBO# 672619)
                                              DONNELLY, CONROY & GELHAAR, LLP
                                              260 Franklin Street, Suite 1600
                                              Boston, Massachusetts 02110
                                              (617) 720-2880
                                              gwv@dcglaw.com
                                              bts@dcglaw.com

                                              Ryan M. Falgoust (LBN 33823)*
                                              HYMEL DAVIS & PETERSEN, L.L.C.
                                              10602 Coursey Boulevard

Baton Rouge, Louisiana 70816
Telephone: 225-298-8118
Facsimile: 225-298-8119
rfalgoust@hymeldavis.com

*Pro hac admission pending*

## CERTIFICATE OF SERVICE

Pursuant to L.R. 5.2(b)(2) and 5.4 of the Local Rules of the United State District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Brendan St. Amant*
Brendan St. Amant

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that Louisiana counsel for HDP Sellers Representative, LLC in the Action conferred with general counsel for General Catalyst Partners, Chris McCain, in a good faith effort to resolve or narrow the issues presented by this Motion via telephone conference on October 23, 2015. Louisiana counsel for HDP and Mr. McCain expressed a mutual desire to amicably resolve the dispute raised by this Motion, but it was understood that additional time is needed. Mr. McCain acknowledged that he understands that the filing of this Motion is necessary so that HDP can meet filing deadlines as set forth by the Middle District of Louisiana and so that HDP can preserve its rights to compel compliance with the subpoena should the parties be unable to resolve the dispute.

/s/ *Brendan St. Amant*
Brendan St. Amant