# EXHIBIT B

**From:** McCain, Chris
**Sent:** Monday, October 26, 2015 2:10 PM
**To:** 'Ryan Falgoust'
**Subject:** RE: Response to Subpoena

Ryan –

Thanks again for the time on Friday.  I appreciate you looking into ways in which the burdens with respect to any production on our part as a third party can be reduced through the use of search terms, time ranges, individuals, etc.

Thanks,
Chris


**Christopher McCain | General Counsel | General Catalyst Partners**
20 University Road | Suite 450 | Cambridge, MA 02138
Direct: 617.234.6056 | Fax: 617.234.7040


**From:** Ryan Falgoust [mailto:RFalgoust@hymeldavis.com]
**Sent:** Wednesday, October 21, 2015 10:44 PM
**To:** McCain, Chris
**Subject:** Re: Response to Subpoena

Sounds good.

Ryan M. Falgoust
Hymel Davis & Petersen, LLC
10602 Coursey Blvd.
Baton Rouge, LA  70816
Phone: (225) 298-8118
Fax:  (225) 298-8119

The foregoing message(s) is confidential and intended for the designated recipient only.  The foregoing information may be protected by attorney-client and/or work product privilege.  Accordingly, if you have received this message in error, please contact Ryan M. Falgoust immediately, and delete the message without reviewing, copying, or making further use of the information contained therein.

Confidentiality Notice:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.

On Oct 21, 2015, at 9:43 PM, McCain, Chris <cmccain@generalcatalyst.com> wrote:

> Ryan –

Thanks.  That should work for me as well.  Will try your office first and then your cell if necessary.

Thanks,
Chris


**Christopher McCain | General Counsel | General Catalyst Partners**
20 University Road | Suite 450 | Cambridge, MA 02138
Direct: 617.234.6056 | Fax: 617.234.7040

---

**From:** Ryan Falgoust [mailto:RFalgoust@hymeldavis.com]
**Sent:** Wednesday, October 21, 2015 10:43 PM
**To:** McCain, Chris
**Subject:** Re: Response to Subpoena

Thanks for making time to talk, Chris. I have an appointment at 8:30 am CST on Friday so 10:00 am CST might be pushing it. How about 11:30 EST/10:30 CST? You can call the number below if that works for you. If for some reason I'm not back in my office at that time, try my cell at 225-206-0953.

Thanks,

Ryan M. Falgoust
Hymel Davis & Petersen, LLC
10602 Coursey Blvd.
Baton Rouge, LA  70816
Phone: (225) 298-8118
Fax:  (225) 298-8119

The foregoing message(s) is confidential and intended for the designated recipient only.  The foregoing information may be protected by attorney-client and/or work product privilege.  Accordingly, if you have received this message in error, please contact Ryan M. Falgoust immediately, and delete the message without reviewing, copying, or making further use of the information contained therein.

Confidentiality Notice:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.

On Oct 21, 2015, at 9:35 PM, McCain, Chris <cmccain@generalcatalyst.com> wrote:

> Ryan –
>
> Could Friday morning at 11am EST work for you?  If so, what's best number to reach you at.  I'd like to go over the information requests and gather some of your input.
>
> Thanks,
> Chris
>
>
> **Christopher McCain | General Counsel | General Catalyst Partners**
> 20 University Road | Suite 450 | Cambridge, MA 02138
> Direct: 617.234.6056 | Fax: 617.234.7040

**From:** Ryan Falgoust [mailto:RFalgoust@hymeldavis.com]
**Sent:** Wednesday, October 21, 2015 2:22 PM
**To:** McCain, Chris
**Subject:** RE: Response to Subpoena

Chris-
I have an upcoming deadline and need to talk ASAP. I would like to talk by this Friday at the latest as we plan on filing a motion to compel on that date.

**From:** McCain, Chris [mailto:cmccain@generalcatalyst.com]
**Sent:** Wednesday, October 21, 2015 1:16 PM
**To:** Ryan Falgoust <RFalgoust@hymeldavis.com>
**Subject:** RE: Response to Subpoena

Ryan – apologies, I've been tied up out of the office this week.  Could we connect early next week?

**From:** Ryan Falgoust [mailto:RFalgoust@hymeldavis.com]
**Sent:** Monday, October 19, 2015 12:19 PM
**To:** McCain, Chris
**Subject:** RE: Response to Subpoena

Chris-
Looks like the litigation may ramp up again. Can you discuss the subpoena issues today sometime? Please let me know.

Ryan

**From:** McCain, Chris [mailto:cmccain@generalcatalyst.com]
**Sent:** Tuesday, August 18, 2015 8:13 AM
**To:** Ryan Falgoust <RFalgoust@hymeldavis.com>
**Subject:** RE: Response to Subpoena

Sure that should work.  I'll give you a call.

Thanks,
Chris


**Christopher McCain | General Counsel | General Catalyst Partners**
20 University Road | Suite 450 | Cambridge, MA 02138
Direct: 617.234.6056 | Fax: 617.234.7040


**From:** Ryan Falgoust [mailto:RFalgoust@hymeldavis.com]
**Sent:** Monday, August 17, 2015 9:36 PM

3

**To:** McCain, Chris
**Subject:** Re: Response to Subpoena

How about Wednesday morning at that time?

Ryan M. Falgoust

On Aug 17, 2015, at 4:06 PM, McCain, Chris <cmccain@generalcatalyst.com> wrote:

> Ryan –
>
> Can I give you a call at 10am EST tomorrow morning?
>
> Thanks,
> Chris
>
> ---
>
> **From:** Ryan Falgoust [mailto:RFalgoust@hymeldavis.com]
> **Sent:** Thursday, August 13, 2015 3:32 PM
> **To:** McCain, Chris
> **Subject:** RE: Response to Subpoena
>
> Chris-
> As of now, Monday is wide open for me so call at any time. Office number is 225-298-8118. Thanks.
>
> -Ryan
>
> **From:** McCain, Chris [mailto:cmccain@generalcatalyst.com]
> **Sent:** Thursday, August 13, 2015 2:26 PM
> **To:** Ryan Falgoust <RFalgoust@hymeldavis.com>
> **Subject:** RE: Response to Subpoena
>
> Ryan –
>
> I have been out of the office and will also be out tomorrow.  I will call you on Monday.  What is best number to reach you at and some times that work after 10:30 am?
>
> Thanks,
> Chris
>
> **Christopher McCain | General Counsel | General Catalyst Partners**
> 20 University Road | Suite 450 | Cambridge, MA 02138
> Direct: 617.234.6056 | Fax: 617.234.7040
>
> ---
>
> **From:** Ryan Falgoust [mailto:RFalgoust@hymeldavis.com]
> **Sent:** Tuesday, August 11, 2015 9:36 AM

4

**To:** McCain, Chris
**Subject:** RE: Response to Subpoena

Mr. McCain-
The most recent extension provided by HDP to Oceans to respond to the Second Amended Complaint expired at the end of July. Oceans filed responsive pleadings. As such, the litigation has ramped up again. We intend to file a motion to compel General Catalyst to comply with the subpoena issued by HDP in April, but I want to discuss your objections first. Please call me today if you think a discussion will do any good. Thanks.


Ryan M. Falgoust
Hymel Davis & Petersen, LLC
10602 Coursey Blvd.
Baton Rouge, LA 70816
Phone: (225) 298-8118
Fax: (225) 298-8119

The foregoing message(s) is confidential and intended for the designated recipient only. The foregoing information may be protected by attorney-client and/or work product privilege. Accordingly, if you have received this message in error, please contact Ryan M. Falgoust immediately, and delete the message without reviewing, copying, or making further use of the information contained therein.

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.


**From:** McCain, Chris [mailto:cmccain@generalcatalyst.com]
**Sent:** Thursday, April 30, 2015 2:18 PM
**To:** Ryan Falgoust <RFalgoust@hymeldavis.com>
**Cc:** Kline, Robert <Rkline@mwe.com>
**Subject:** Response to Subpoena

Mr. Falgoust,

As reflected by the attached letter, General Catalyst Partners ("General Catalyst") objects to HDP Sellers Representative, LLC's subpoena, served April 7, 2015, concerning the matter styled *HDP Sellers Representative, LLC v. Oceans Acquisition, Inc.*

General Catalyst objects to the subpoena in an abundance of caution to preserve its rights, but service of these objections in no way reflects upon General Catalyst's desire for ongoing settlement negotiations to

5

continue between Oceans and HDP, and General Catalyst is optimistic that the parties will reach an efficient, mutually satisfactory resolution of the HDP/Oceans dispute.

Thanks,
Chris

cc: Robert Kline, counsel of record for Oceans

**Christopher McCain | General Counsel | General Catalyst Partners**
20 University Road | Suite 450 | Cambridge, MA 02138
Direct: 617.234.6056 | Fax: 617.234.7040