# EXHIBIT C

**From:** Ryan Falgoust [mailto:RFalgoust@hymeldavis.com]
**Sent:** Monday, November 02, 2015 2:02 PM
**To:** McCain, Chris
**Subject:** Subpoena to General Catalyst

Chris-
I'm writing in an attempt to resolve any issues with the subpoena which my client, HDP Sellers Representative, issued to General Catalyst in April 2015. We agree to modify the requests as follows:

1. Please produce all communications, including correspondence and emails, between General Catalyst and employees, agents, and representatives of Elm Park Capital Management, LLC ("Elm Park"), pertaining or related to Elm Park's purchase of the December 27, 2012 Senior Credit Facility Agreement between Oceans and MCG Capital Corporation, beginning on January 1, 2014 to present.

2. Please produce all communications, including correspondence and emails, between You and employees, agents, and representatives of Elm Park, pertaining or related to the September 29, 2014 Amended and Restated Senior Credit Facility Agreement between Oceans and Elm Park Capital, beginning on January 1, 2014 to present.

3. Please produce all communications, including correspondence and emails, between You and any Oceans entity, with regard to Elm Park's purchase of the Senior Credit Facility Agreement and the Amended and Restated Credit Facility Agreement between Oceans and Elm Park, beginning on January 1, 2014 to present.

4. Please produce all agreements and contracts between You and Elm Park Capital pertaining or related to Elm Park Capital's purchase of the Senior Credit Facility Agreement and the restructuring or refinance of the Senior Credit Facility Agreement, beginning January 1, 2014 to present.

With regard to search terms, I believe the subpoena requests are clear. However, in an effort to be helpful, any search should include "refi" or "refinance" or "refinancing." Also, the subpoena requests are clear in that we seek communications related to certain contracts and agreements and any search should include the names of those agreements. Also included in the search should be the name of any Oceans entity. By no means am I providing an exhaustive list or am I attempting to narrow the requests, just an effort to be helpful. With regard to specific employees, there is no way for use to know all of the GC employees who communicated with Elm Park and the Oceans entities regarding the requests. Therefore I cannot provide a specific list of employees to you. Please let me know your thoughts on this. As previously discussed, we are hopeful we can work this out.

Thanks,

Ryan M. Falgoust
Hymel Davis & Petersen, LLC
10602 Coursey Blvd.
Baton Rouge, LA 70816
Phone: (225) 298-8118
Fax: (225) 298-8119

The foregoing message(s) is confidential and intended for the designated recipient only. The foregoing information may be protected by attorney-client and/or work product privilege. Accordingly, if you have received this message in error, please contact Ryan M. Falgoust immediately, and delete the message without reviewing, copying, or making further use of the information contained therein.

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.