# EXHIBIT E

| **Subpoena to General Catalyst** | **Subpoena to Elm Park** |
|---|---|
| 1. [A]ll communications, including correspondence and emails, between You and employees, agents, and representatives of Elm Park Capital, Management, LLC ("Elm Park"), pertaining or related to Elm Park's purchase of the December 27, 2012 Senior Credit Facility Agreement. | 1. [A]ll communications, documents, and electronically stored information, including correspondence and emails, between You and … employees, agents, and representatives of General Catalyst Partners … . |
| 2. [A]ll communications, including correspondence and emails, between You and employees agents, and representatives of Elm Park, pertaining or related to the September 29, 2014 Amended and Restated Senior Credit Facility Agreement between Oceans and Elm Park. | 3. [A]ny and all communications, documents, and electronically stored information, including correspondence and emails related or pertaining to the characterization or classification of Your purchase, acquisition, assignment, or transfer of the General Catalyst Partners' Senior Credit Facility Agreement, including but not limited to whether or not it constituted a refinancing. |
| 4. [A]ll agreements and contracts between You and Elm Park Capital pertaining or related to Elm Park Capital's purchase of the Senior Credit Facility Agreement and the restructuring or refinancing of the Senior Credit Facility Agreement. | 2. [A]ny and all purchase documents, buy/sale agreements, loan agreements, checks, closing statements, negotiation documents, promissory notes, draft agreements, refinancing agreements, entity organizational documents, payment documents, and any other related documents related to, pertaining to, or between you and … General Catalyst Partners … . |

*Compare* Mot. Ex. D at 7; *with* Exhibit D to General Catalyst's Opposition to Motion to Compel.