# EXHIBIT F

haynes*boone*

March 27, 2015

*Via Federal Express and E-Mail*
*(rfalgoust@hymeldavis.com)*

Ryan M. Falgoust
Hymel Davis & Petersen, LLC
10602 Coursey Boulevard
Baton Rouge, LA  70816

    Re: *HDP Sellers Representative, LLC v. Oceans Acquisition, Inc.;*
       U.S.D.C. – M.D.L.A. No. 14-491

Dear Mr. Falgoust:

Enclosed is a CD containing documents that we are producing on behalf of non-party Elm Park Capital Management ("Elm Park") in response to the subpoena to produce documents issued by Plaintiff HDP Sellers Representative, LLC in the above-referenced action (the "Subpoena"). These documents are being produced subject to and without waiving Elm Park's objections to the Subpoena. The documents are responsive to the categories of documents in the Subpoena, as limited on March 2, 2015.

The enclosed documents have been Bates-numbered as EP-00000001 to EP-00003758. These documents consist of Bates-numbered .tiff images, accompanying load files and, where applicable, native Excel spreadsheets. Each of the documents has been stamped Confidential pursuant to the terms of the protective order in the above-referenced case.

Also, the enclosed documents are in an encrypted zip file, which can be accessed through either the WinZip or 7zip programs. If these programs are not already on your computer, they can be downloaded for free from the Internet. To access the enclosed documents, please click on the zip file. The Winzip or 7zip program will then prompt you to enter a password. The password will be sent to you separately via email.

Very truly yours,

*/s/ Carrie L. Huff*
Carrie L. Huff
214.651.5509 – direct telephone
214.200.0478 – direct facsimile
carrie.huff@haynesboone.com

cc: Robert M. Kline - Via Federal Express and Email (rkline@mwe.com) – w/encl.
Encl.